**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 16, 2026

Application **GRANTED**. The parties shall appear for a joint plea and sentencing conference with the Court on **December 16, 2026, at 4:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse. Defendant's sentencing submissions are due by December 2, 2026. The Government's sentencing submissions are due by December 9, 2026. If either party does not intend to file a substantive submission, the party shall file a letter on ECF to that effect.

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Georgina Sanchez*, 25 Cr. 595 (DEH)**

Dear Judge Ho:

The parties write in response to the Court's order dated September 14, 2026, directing the parties to propose dates for the joint plea and sentencing hearing for defendant Georgina Sanchez. (Dkt. 57.) The parties have conferred and respectfully request that the Court schedule the joint hearing for December 10, 14, or 16, 2026, and order the preparation of a presentence report. The Government also respectfully requests that the Court exclude time through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), so the defendant can be interviewed by Probation, Probation can prepare its presentence report, and the parties can finalize a pretrial resolution to this matter. Defense counsel consents to the exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc: Roberto Finzi, Esq. (counsel for Georgina Sanchez) by ECF

The Court hereby excludes time through December 16, 2026, under the Speedy Trial Act, 18 USC § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, because it will permit time for Probation to interview the Defendant and prepare the presentence report, and for the parties to finalize a pretrial resolution in this matter. **SO ORDERED.**

Dated: September 17, 2026
New York, New York

Dale E. Ho
United States District Judge